UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MEDICAL IMAGING SOLUTIONS GROUP, INC. | : | |
| VS. | : | C.A. NO. 05-007S |
| A & E IMAGING, INC., ORTHOPEDIC ASSOCIATES, INC., and A. LOUIS MARIORENZI | : | |

## ANSWER OF DEFENDANTS, ORTHOPEDIC ASSOCIATES, INC. AND A. LOUIS MARIORENZI

1. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's complaint, but leave Plaintiff to its proof thereof.

2. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's complaint, but leave Plaintiff to its proof thereof.

3. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 3 of Plaintiff's complaint.

4. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 4 of Plaintiff's complaint.

5. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 5 of Plaintiff's complaint.

6. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi deny the allegations contained in Paragraph 6 of Plaintiff's complaint.

7. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's complaint, but leave Plaintiff to its proof thereof.

8. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's complaint, but leave Plaintiff to its proof thereof.

2

9. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's complaint, but leave Plaintiff to its proof thereof.

10. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of Plaintiff's complaint, but leave Plaintiff to its proof thereof.

11. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's complaint, but leave Plaintiff to its proof thereof.

12. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 12 of Plaintiff's complaint.

13. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 13 of Plaintiff's complaint.

14. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiff's complaint, but leave Plaintiff to its proof thereof.

15. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiff's complaint, but leave Plaintiff to its proof thereof.

16. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi deny the allegations contained in Paragraph 16 of Plaintiff's complaint.

17. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 17 of Plaintiff's complaint.

18. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 18 of Plaintiff's complaint.

19. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 19 of Plaintiff's complaint.

20. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiff's complaint.

21. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 21 of Plaintiff's complaint.

22. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of Plaintiff's complaint, but leave Plaintiff to its proof thereof.

COUNT 1
Breach of Contract

23. Defendants Orthopedic Associates and A. Louis Mariorenzi restate answers to Paragraphs 1-22 of Plaintiff's complaint as if originally set forth herein.

24. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of Plaintiff's complaint, but leave Plaintiff to its proof thereof.

COUNT II
Unjust Enrichment

25. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi restate answers to Paragraphs 1-24 of Plaintiff's complaint as if originally set forth herein.

26. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi deny the allegations contained in Paragraph 26 of Plaintiff's complaint.

27. Defendants Orthopedic Associates, Inc. and A. Louis Mariorenzi deny the allegations contained in Paragraph 27 of Plaintiff's complaint.

WHEREFORE, Defendants, ORTHOPEDIC ASSOCIATES, INC. AND A. LOUIS MARIORENZI, respectfully request that Plaintiff's complaint be dismissed with prejudice, no interest, no costs, and no attorney's fees.

Defendants,
ORTHOPEDIC ASSOCIATES, INC.
and A. LOUIS MARIORENZI
By their Attorney,

John L. Vallone, Esq. #3706
876 Main Street
East Greenwich, RI 02818
(401) 884-5255
(401) 884-6339 (fax)

## COUNTERCLAIM OF DEFENDANT ORTHOPEDIC ASSOCIATES, INC.

1. Defendant Orthopedic Associates, Inc. is a Rhode Island Corporation with a principal place of business located at 725 Reservoir Avenue, Suite 101, Cranston, Rhode Island.

2. Upon information and belief, Plaintiff Medical Imaging Solutions Group, Inc. ("MIS") is a corporation registered in the State of Georgia with a principal place of business located at 229 Arnold Mill Road, Woodstock, Georgia.

3. Plaintiff MIS attempted to install medical imaging equipment at the office of the Defendant Orthopedic Associates, Inc.

4. Plaintiff MIS's engineers improperly installed the system causing problems with the proper functioning of the system.

5. Plaintiff's engineers attempted to address the system problems by removing certain magnetic plates in the system and replacing the plates with plates sold by Plaintiff MIS.

6. Plaintiff MIS's engineers installed the new plates, however, the system continued to malfunction.

7. The Plaintiff MIS's engineers further suggested that the system malfunctions could be remedied by completely dismantling the floor and the room which the system was located due to the fact that it did not meet the required specifications.

8. Defendant Orthopedic Associates, Inc. retained an outside ENGINEER trained by the system manufacturer, Siemens, to properly install the system.

9. The ENGINEER retained by Orthopedic Associates, Inc. concluded that the MIS's engineers had not followed proper procedures when installing the system and successfully resolved the system's problems without following the costly recommendations of the Plaintiff MIS's engineers.

## COUNT I
### Unjust Enrichment

10. Defendant Orthopedic Associates, Inc. restates an incorporates by reference the allegations contained in Paragraphs 1-9 of its counterclaim as if set forth fully herein.

11. The Plaintiff MIS has refused to return the original plates removed from the system despite Defendants repeated requests.

12. The Plaintiff MIS's refusal to return the Defendant's plates constitutes unjust enrichment.

13. There is no justifiable reason of fact or law for Plaintiff MIS to have refused to return the Defendants plates after repeated requests for their return by Orthopedic Associates, Inc.

WHEREFORE, Defendant ORTHOPEDIC ASSOCIATES, INC. respectfully demands

1. Judgment against the Plaintiff

2. Compensatory damages in an amount to be determined at trial and sufficient to confer judgment upon this Honorable Court;

3. Specific performance for return of Defendants property;

4. Costs, including but not limited to reasonable attorney's fees, and expenses; and

5. Such other relief as this Honorable Court deems just and proper.

ORTHOPEDIC ASSOCIATES, INC.
By its Attorney,

John L. Vallone, Esq. #3706
876 Main Street
East Greenwich, RI 02818
(401) 884-5255
(401) 884-6339 (fax)

CERTIFICATION

I hereby certify that on the 18th day of January, 2005, I mailed a true copy of the within Answer to Thomas E. Ramano, Blish & Cavanagh, 30 Exchange Terrace, Providence, RI 02903, postage prepaid.