AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

MEDICAL IMAGING SOLUTIONS GROUP, INC.

v.

A&E IMAGING, INC., et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

CA 05 007 S

TO: (Name and Address of Defendant)

A. Louis Mariorenzi
Orthopaedic Associates, Inc.
725 Reservoir Avenue, Suite 101
Cranston, Rhode Island

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Romano
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 1/10/05

BY DEPUTY CLERK

5

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 1/12/05 |
|---|---|
| NAME OF SERVER (PRINT) Kenneth K Norigian | TITLE Federal Court Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Lee Froberg A Louis Mario Renzi Orthopaedic Associates She stated she had authority to accept for Dr A Louis Mario Renzi

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/12/05
*Date*

[signature]
*Signature of Server*

1845 Atwood Ave
*Address of Server*
Johnston RI 02919

FILED
2005 JAN 20 P 2:33
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.