UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MEDICAL IMAGING SOLUTIONS GROUP, INC. | ) | |
| v. | ) | C.A. No. 05 - 007 S |
| A&E IMAGING, INC., ORTHOPAEDIC ASSOCIATES, INC. and A. LOUIS MARIORENZI | ) | |

**AFFIDAVIT AS TO PROOF OF SERVICE OF SUMMONS**

I, Thomas E. Romano, being under oath do depose and state as follows:

1. I am an attorney admitted to practice in the State of Rhode Island. I am the attorney representing plaintiff Medical Imaging Solutions Group, Inc. in the instant litigation.

2. On January 11, 2005, I caused to be forwarded by United States Certified Mail, Return Receipt Requested, the Summons and a true copy of the Complaint to defendant A&E Imaging, Inc., 9256 Westwood Drive, Ellicott City, MD 21042-3728. Attached hereto are the Certified Mail Receipt, the Return Receipt showing delivery on January 13, 2005, and the Summons.

**Thomas E. Romano**

Subscribed and sworn to before me in Providence, Rhode Island, on the 19th day of January, 2005

Susan J. Mazlacci
Notary Public
My Commission Expires: 7/10/05

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

7003 1680 0001 6839 9865

| | |
|---|---|
| Postage | $ .60 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.65 |

Postmark Here: ANNEX STA 02903 PROVIDENCE, RI JAN 11 2005

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

A&E Imaging, Inc.
9526 Westwood Drive
Ellicott City, MD 21042-3728

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A&E Imaging, Inc.
9526 Westwood Drive
Ellicott City, MD 21042-3728

COMPLETE THIS SECTION ON DELIVERY

A. Received by *(Please Print Clearly)*

B. Date of Delivery 1-13-05

C. Signature
X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)*
7003 1680 0001 6839 9865

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789