UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MEDICAL IMAGING SOLUTIONS GROUP, INC. | : | |
| | : | |
| v. | : | C.A. No.: 05-007S |
| | : | |
| A&E IMAGING, INC., ORTHOPAEDIC ASSOCIATES, INC. and A. LOUIS MARIORENZI | : | |

**PLAINTIFF'S ANSWER TO COUNTERCLAIM OF ORTHOPEDIC ASSOCIATES, INC.**

1. Plaintiff, Medical Imaging Solutions Group, Inc., hereby admits to the allegations contained in Paragraph 1 of Defendant, Orthopedic Associates, Inc.'s, Counterclaim.

2. Plaintiff, Medical Imaging Solutions Group, Inc., hereby admits the allegations contained in Paragraph 2 of Defendant, Orthopedic Associates, Inc.'s, Counterclaim.

3. Plaintiff, Medical Imaging Solutions Group, Inc., hereby admits to the allegations contained in Paragraph 3 of Defendant, Orthopedic Associates, Inc.'s, Counterclaim.

4. Plaintiff, Medical Imaging Solutions Group, Inc., hereby denies the allegations contained in Paragraph 4 of Defendant, Orthopedic Associates, Inc.'s, Counterclaim.

5. Plaintiff, Medical Imaging Solutions Group, Inc., hereby admits to the allegations contained in Paragraph 5 of Defendant, Orthopedic Associates, Inc.'s, Counterclaim.

6. Plaintiff, Medical Imaging Solutions Group, Inc., hereby admits to the allegations contained in Paragraph 6 of Defendant, Orthopedic Associates, Inc.'s, Counterclaim.

7. Plaintiff, Medical Imaging Solutions Group, Inc., hereby denies the allegations contained in Paragraph 7 of Orthopedic Associates, Inc.'s Counterclaim.

8. Plaintiff is without sufficient information to either admit or deny the allegations contained in this Paragraph but leaves Defendant to its proof thereof.

9. Plaintiff is without sufficient information to either admit or deny the allegations contained in this Paragraph but leaves Defendant to its proof thereof.

**Count I**

10. Plaintiff restates and incorporates by reference the allegations contained in Paragraphs 1 through 9 of Defendant's Counterclaim as if set forth fully herein.

11. Plaintiff, Medical Imaging Solutions Group, Inc., hereby denies the allegations contained in Paragraph 11 of Defendant, Orthopedic Associates, Inc.'s, Counterclaim.

12. Plaintiff, Medical Imaging Solutions Group, Inc., hereby denies the

allegations contained in Paragraph 12 of Defendant, Orthopedic Associates, Inc.'s, Counterclaim.

13. Plaintiff, Medical Imaging Solutions Group, Inc., hereby denies the allegations contained in Paragraph 13 of Defendant, Orthopedic Associates, Inc.'s, Counterclaim.

WHEREFORE, Plaintiff, Medical Imaging Solutions Group, Inc. respectfully demands:

1. Dismissal of Defendant's Counterclaim;

2. Costs including but not limited to reasonable attorneys' fees and expenses; and

3. Such other relief as this Court deems proper and just.

MEDICAL IMAGING SOLUTIONS GROUP, INC.,

By its Attorneys,

Thomas E. Romano #5425
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903-1765
Telephone: (401) 831-8900
Telecopy: (401) 490-7640

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2005, a true copy of the within document was forwarded by U.S. mail, postage prepaid, to counsel of record, as follows:

John L. Vallone, Esq.
876 Main Street
East Greenwich, RI 02818

FILED