UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MEDICAL IMAGING SOLUTIONS GROUP, INC.
Plaintiff )
)
v. ) C.A. No. 05-07S
)
A&E IMAGING, INC., ET AL. )
Defendants. )

PLAINTIFF'S MOTION TO AMEND COMPLAINT

Now comes the Plaintiff, Medical Imaging Solutions Group, Inc., ("MIS") and pursuant to F.R.C.P. 15 hereby moves to Amend its Complaint to conform more fully to the facts as alleged. As grounds for this motion, Plaintiff relies on the Memorandum of Law accompanied herewith.

No objection having been filed, the motion is GRANTED.

David L. Martin
United States Magistrate Judge
June 16, 2005

Respectfully submitted,
MEDICAL IMAGING SOLUTIONS GROUP, INC.
By its Attorneys,
BLISH & CAVANAGH

Thomas E. Romano, #5425
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900 (phone)
(401) 490-7640 (fax)

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☐ for determination
☐
William E. Smith, U.S. District Judge
Date: 6/8/05

RECEIVED
JUN 08 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND