UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MEDICAL IMAGING SOLUTIONS GROUP, INC. | : | |
| VS. | : | C.A. NO. 05-007S |
| A & E IMAGING, INC., ORTHOPAEDIC ASSOCIATES, INC., and A. LOUIS MARIORENZI | : | |

## ANSWER OF DEFENDANTS, ORTHOPAEDIC ASSOCIATES, INC. AND A. LOUIS MARIORENZI TO AMEND COMPLAINT

1. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's amended complaint, but leave Plaintiff to its proof thereof.

2. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's amended complaint, but leave Plaintiff to its proof thereof.

3. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 3 of Plaintiff's amended complaint.

4. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 4 of Plaintiff's amended complaint.

5. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi admit that they have sufficient minimum contacts with the State of Rhode Island so as to give this Court jurisdiction over these Defendants, however, are without knowledge or information sufficient to form a belief as to the truth of other allegations contained in Paragraph 5 of Plaintiff's amended complaint, but leave Plaintiff to its proof thereof.

6. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi deny the allegations contained in Paragraph 6 of Plaintiff's amended complaint.

7. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's amended complaint, but leave Plaintiff to its proof thereof.

8. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's amended complaint, but leave Plaintiff to its proof thereof.

9. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's amended complaint, but leave Plaintiff to its proof thereof.

10. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of Plaintiff's amended complaint, but leave Plaintiff to its proof thereof.

11. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's amended complaint, but leave Plaintiff to its proof thereof.

12. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 12 of Plaintiff's amended complaint.

13. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 13 of Plaintiff's amended complaint.

14. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiff's amended complaint, but leave Plaintiff to its proof thereof.

15. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiff's amended complaint, but leave Plaintiff to its proof thereof.

16. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi deny the allegations contained in Paragraph 16 of Plaintiff's amended complaint.

17. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 17 of Plaintiff's amended complaint.

18. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 18 of Plaintiff's amended complaint.

19. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi admit the allegations contained in Paragraph 19 of Plaintiff's amended complaint.

20. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi deny the allegations contained in Paragraph 20 of Plaintiff's amended complaint that they refuse to return MIS's plates. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or information sufficient to form a belief as to the truth of all other allegations contained in Paragraph 20 of Plaintiff's amended complaint, but leave Plaintiff to its proof thereof.

23. Defendants Orthopaedic Associates and A. Louis Mariorenzi restate answers to Paragraphs 1-22 of Plaintiff's amended complaint as if originally set forth herein.

24. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi are without knowledge or form a belief as to the truth of the allegations contained in

Unjust Enrichment

25. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi restate answers to Paragraphs 1-24 of Plaintiff's amended complaint as if originally set forth herein.

26. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi deny the allegations contained in Paragraph 26 of Plaintiff's amended complaint.

27. Defendants Orthopaedic Associates, Inc. and A. Louis Mariorenzi deny the allegations contained in Paragraph 27 of Plaintiff's amended complaint.

First Affirmative Defense

Plaintiff's amended complaint fails to state a claim upon which relief can be granted.

Second Affirmative Defense

Plaintiff has failed to comply with the jurisdictional requirements of this Court.

Third Affirmative Defense

Plaintiff has not satisfied the requirements of the doctrine of "unclean hands".

WHEREFORE, Defendants, ORTHOPAEDIC ASSOCIATES, INC. AND A. LOUIS MARIORENZI, respectfully request that Plaintiff's complaint be dismissed with prejudice, no interest, no costs, and no attorney's fees.

9. Defendant Orthopaedic Associates, Inc. retained an outside ENGINEER trained by the system manufacturer, Siemens, to properly install the system.

10. The ENGINEER retained by Orthopaedic Associates, Inc. concluded that the MIS's engineers had not followed proper procedures when installing the system and successfully resolved the system's problems without following the costly recommendations of the Plaintiff MIS's engineers.

COUNT I
Unjust Enrichment

11. Defendant Orthopaedic Associates, Inc. restates an incorporates by reference the allegations contained in Paragraphs 1-10 of its counterclaim as if set forth fully herein.

12. The Plaintiff MIS has refused to return the original plates removed from the system despite Defendants repeated requests.

13. The Plaintiff MIS's refusal to return the Defendant's plates constitutes unjust enrichment.

14. There is no justifiable reason of fact or law for Plaintiff MIS to have refused to return the Defendants plates after repeated requests for their return by Orthopaedic Associates, Inc.

WHEREFORE, Defendant ORTHOPAEDIC ASSOCIATES, INC. respectfully demands

1. Judgment against the Plaintiff

2. Compensatory damages in an amount to be determined at trial and sufficient to confer judgment upon this Honorable Court;

3. Specific performance for return of Defendants property;

4. Costs, including but not limited to reasonable attorney's fees, and expenses; and

5. Such other relief as this Honorable Court deems just and proper.

ORTHOPAEDIC ASSOCIATES, INC.
By its Attorney,

John L. Vallone, Esq. #3706
876 Main Street
East Greenwich, RI 02818
(401) 884-5255
(401) 884-6339 (fax)