UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MEDICAL IMAGING SOLUTIONS GROUP, INC. | : | |
| v. | : | C.A. No.: 05-007S |
| A&E IMAGING, INC., ORTHOPAEDIC ASSOCIATES, INC. and A. LOUIS MARIORENZI | : | |

**PLAINTIFF'S ANSWER TO COUNTERCLAIM OF ORTHOPEDIC ASSOCIATES, INC.**

1. Plaintiff hereby admits the allegations contained in Paragraph 1 of Defendant, Orthopedic Associates, Inc.'s Counterclaim.

2. Plaintiff hereby admits the allegations contained in Paragraph 2 of Defendant, Orthopedic Associates, Inc.'s Counterclaim.

3. Plaintiff hereby admits the allegations contained in Paragraph 3 of Defendant, Orthopedic Associates, Inc.'s Counterclaim.

4. Plaintiff hereby denies the allegations contained in Paragraph 4 of Defendant, Orthopedic Associates, Inc.'s Counterclaim.

5. Plaintiff hereby admits the allegations contained in Paragraph 5 of Defendant, Orthopedic Associates, Inc.'s Counterclaim.

6. Plaintiff hereby admits the allegations contained in Paragraph 6 of Defendant, Orthopedic Associates, Inc.'s Counterclaim.

7. Plaintiff is without sufficient information to either admit or deny the

allegations contained in Paragraph 7 of Defendant, Orthopedic Associates, Inc.'s Counterclaim.

8. Plaintiff is without sufficient information to either admit or deny the allegations contained in this Paragraph but leaves Defendant to its proof thereof.

allegations contained in this Paragraph but leaves Defendant to its proof thereof.

10. Plaintiff is without sufficient information to either admit or deny the allegations contained in this Paragraph but leaves Defendant to its proof thereof.

## Count I

11. Plaintiff restates and incorporates by reference the answers contained in Paragraphs 1 through 10 of its Answers to Defendant's Counterclaim as if set forth fully herein.

12. Plaintiff hereby denies the allegations contained in Paragraph 12 of Defendant, Orthopedic Associates, Inc.'s Counterclaim.

13. Plaintiff hereby denies the allegations contained in Paragraph 13 of Defendant, Orthopedic Associates, Inc.'s Counterclaim.

14. Plaintiff hereby denies the allegations contained in Paragraph 14 of Defendant, Orthopedic Associates, Inc.'s Counterclaim.

WHEREFORE, Plaintiff, Medical Imaging Solutions Group, Inc. respectfully demands: