UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MEDICAL IMAGING SOLUTIONS GROUP, INC. | ) | |
| v. | ) | C.A. No. 05 - 007 S |
| A&E IMAGING, INC., ORTHOPAEDIC ASSOCIATES, INC. and A. LOUIS MARIORENZI | ) | |

**AFFIDAVIT AS TO PROOF OF SERVICE OF SUMMONS**

I, Thomas E. Romano, being under oath do depose and state as follows:

1. I am an attorney admitted to practice in the State of Rhode Island. I am the attorney representing plaintiff Medical Imaging Solutions Group, Inc. in the instant litigation.

2. On June 17, 2005, I caused to be forwarded by United States Certified Mail, Return Receipt Requested, the Summons and a true copy of the Amended Complaint to defendant A&E Imaging, Inc., 9256 Westwood Drive, Ellicott City, MD 21042-3728. Attached hereto are the Certified Mail Receipt, the Return Receipt showing delivery on June 20, 2005, and the Summons.

Thomas E. Romano

Subscribed and sworn to before me in Providence, Rhode Island, on the 22nd day of June, 2005

Notary Public
My Commission Expires:

meim5617.afd.wpd

7003 2260 0006 8538 3788

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .60 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.65 |

Postmark Here

USPS JUN 17 2005 ANNEX STA.

Sent To
A&E Imaging, Inc.
Street, Apt. No.; or PO Box No.
9256 Westwood Drive
City, State, ZIP+4
Ellicott City, MD 21042-3728

PS Form ... ctions

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A&E Imaging, Inc.
9256 Westwood Drive
Ellicott City, MD 21042-3728

2. Article Number
*(Transfer from service label)* 7003 2260 0006 8538 3788

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
6-20-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF
RHODE ISLAND

MEDICAL IMAGING SOLUTIONS GROUP, INC.

V.

A&E IMAGING, INC., et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-007 S

TO: (Name and Address of Defendant)

A&E Imaging, Inc.
9526 Westwood Drive
Ellicott City, Maryland

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Romano, Esq.
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 6/16/05

Francis P. McCabe

BY DEPUTY CLERK

K