UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MEDICAL IMAGING SOLUTIONS GROUP, INC.**

**VS.** **C.A. NO. 05-007S**

**A & E IMAGING, INC., ORTHOPAEDIC ASSOCIATES, INC., and A. LOUIS MARIORENZI**

**DISMISSAL STIPULATION**

All claims and counterclaims of the plaintiff, Medical Imaging Solutions Group, Inc., defendant, A. Louis Mariorenzi, and defendant, Orthopaedic Associates, Inc., alleged in the above-entitled matter are hereby dismissed with prejudice, no interest and no costs.

Plaintiff,
MEDICAL IMAGING SOLUTIONS GROUP, INC.
By Its Attorneys,

Thomas E. Romano, Esquire
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Street
Providence, RI 02903-1765

Defendants,
ORTHOPAEDIC ASSOCIATES, INC. and
A. LOUIS MARIORENZI,
By Their Attorneys,

John L. Vallone, Esquire #3706
876 Main Street
East Greenwich, RI 02818
(401) 884-5255
(401) 884-6339 Fax

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 10/28/05